1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    GARY ERVIN,

10                  Plaintiff,

11        vs.                                No. CIV S-05-0269 LKK GGH PS

12   JUDICIAL COUNCIL OF CALIFORNIA, et al.,

13                  Defendants.
     _____/

14   GARY ERVIN,

15                  Plaintiff,

16        vs.                                No. CIV S-05-0701 MCE DAD PS

17   FARMERS INSURANCE EXCHANGE, et al.,

18                  Defendants.              NON-RELATED CASE ORDER
     _____/

19

20            The court has received the Notice of Related Cases concerning the above-

21   captioned cases filed April 14, 2005.  See Local Rule 83-123, E.D. Cal. (1997).  The court has,

22   however, determined that it is inappropriate to relate and reassign Civil No. S- 05-0701 MCE

23   DAD PS to Civil No. S- 05-0269 LKK GGH PS, and it therefore declines to do so.

24            IT IS SO ORDERED.

25   DATED: 5/6/05                          /s/ Gregory G. Hollows

26                                          _____
                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:076/Ervin0269.rel.wpd