UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY ERVIN,

                              NO. CIV. S-05-269 LKK/GGH PS

    Plaintiff,

  v.                                O R D E R

JUDICIAL COUNCIL OF CALIFORNIA,
et al.,

    Defendants.
_____/

    The court is in receipt of plaintiff's "Request for District Judge to Retain Sua Sponte."  Local Rule 72-302(c)(21) provides that all cases in which plaintiff is proceeding pro se shall be referred to the magistrate judge for all pretrial proceedings. Plaintiff's request is DENIED.

    IT IS SO ORDERED.

    DATED: May 24, 2005.

                                      /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT