IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ERVIN,

    Plaintiff,

  vs.                                  No. CIV S-05-0269 LKK GGH PS

JUDICIAL COUNCIL OF
CALIFORNIA, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a request that the State Bar be dismissed from this action without prejudice. The State Bar has no objection. Accordingly, IT IS HEREBY ORDERED that the State Bar is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: 6/22/05

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
Ervin0269.59.wpd