IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ERVIN,

      Plaintiff,

   vs.                                No. CIV S-05-0269 LKK GGH PS

JUDICIAL COUNCIL OF
CALIFORNIA, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On February 27, 2006, the district court denied plaintiff's motion for reconsideration of its order adopting in part the findings and recommendations issued on May 13, 2005. Therefore, IT IS ORDERED that: plaintiff comply with the district court's order of August 15, 2005, and file his amended complaint against the public entities within thirty days of this order.

DATED: 3/3/06

                                                 /s/ Gregory G. Hollows

                                                 UNITED STATES MAGISTRATE JUDGE

GGH:076
Ervin0269.amd.wpd

1